In the Supreme Court of Georgia

Decided: March 20, 2017

S17A0421. OASIS GOODTIME EMPORIUM I, INC. et al. v. CITY OF DORAVILLE.

PER CURIAM.

The judgment of the court below is affirmed without opinion pursuant to Supreme Court Rule 59.

Judgment affirmed.  All the Justices concur.